■ In the Matter of PERRY C., a Person Alleged to be a Juvenile Delinquent, Appellant. [940 NYS2d 267]—Order of disposition, Family Court, Bronx County (Allen G. Alpert, J.), entered on or about July 27, 2011, which adjudicated appellant a juvenile delinquent upon his admission that he committed an act that, if committed by an adult, would constitute the crime of menacing in the third degree, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The court properly exercised its discretion when it denied appellant's request for an adjournment in contemplation of dismissal, and instead adjudicated him a juvenile delinquent and placed him on probation. The court adopted the least restrictive dispositional alternative consistent with appellant's needs and those of the community (*see Matter of Katherine W.*, 62 NY2d 947 [1984]). The seriousness of the underlying robbery, along with appellant's poor school attendance record, justified a longer period of supervision than an ACD would have provided. Concur—Mazzarelli, J.P., Saxe, Renwick, Richter and Abdus-Salaam, JJ.